◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE WILLIAMS, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens County (Brennan, J.), rendered April 1, 1982, convicting him of burglary in the third degree, upon his plea of guilty, and imposing sentence.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MILTON WILLIAMS, Appellant. — Appeals by defendant from three judgments of the Supreme Court, Kings County (Owens, J.), all rendered November 9, 1983, convicting him of three counts of robbery in the first degree, upon pleas of guilty, and imposing sentences.

Judgments affirmed (*People v Johnson,* 105 AD2d 711; *People v White,* 105 AD2d 814). Boyers, J. P., Rubin, Lawrence and Eiber, JJ., concur.